# United States Bankruptcy Court

### District of Arizona
### Case No. <u>2:08–bk–12635–GBN</u>
### Chapter 7

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

SCOTT CHARLES EUDY
8808 WEST TOWNLEY AVENUE
PEORIA, AZ 85345

CHRISTINE MARIE EUDY
8808 WEST TOWNLEY AVENUE
PEORIA, AZ 85345

Social Security / Individual Taxpayer ID No.:
   xxx–xx–4715                                xxx–xx–4827

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: <u>3/12/09</u>

<u>George B. Nielsen Jr.</u>
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts That are Not Discharged

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

The following entities were served by first class mail on Mar 14, 2009.
```
db/jdb    +SCOTT CHARLES EUDY,   CHRISTINE MARIE EUDY,   8808 WEST TOWNLEY AVENUE,   PEORIA, AZ 85345-2521
aty        JOSEPH W. CHARLES,   PO BOX 1737,   GLENDALE, AZ 85311-1737
tr         DALE D. ULRICH,   PMB-615 1928 E. HIGHLAND, #F104,   PHOENIX, AZ 85016-4626
cr       +++HSBC Bank Nevada, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite 200,
            Tucson, AZ 85712-1083
cr       +++RECOVERY MANAGEMENT SYSTEMS CORPORATION,   25 SE 2ND AVE #1120,   MIAMI, FL 33131-1605
cr        +Washington Mutual Bank,   Malcolm Cisneros,   2112 Business Center Drive,   Second Floor,
            Irvine, CA 92612-7135
7580818   +ARIZONA ANESTHESIA CONSULTANTS,   P. O. Box 29619,   Phoenix AZ 85038-9619
7580819   +ARROWHEAD FAMILY CARE,   18700 North 64th Drive,   Suite 205,   Glendale AZ 85308-7112
7580820    ARROWHEAD HOSPITAL,   P. O. Box 975251,   Dallas TX 75397-0001
7580823   +BILL ME LATER,   P.O. Box 105658,   Atlanta GA 30348-5658
7580824   +BUREAU OF MEDICAL ECONOMICS,   326 East Coronado Road,   Phoenix AZ 85004-1524
7580825    CASH MART,   7819 W. 19th Ave,   Glendale AZ 85308
7580827    CIT BANK/DFS,   12234 North 35th Street,   Bldg. B,   Austin TX 78753
7580828   +CMRE FINANCIAL SERVICES, INC.,   3075 East Imperial Highway,   Suite 200,   Brea CA 92821-6753
7580830    DESERT SCHOOLS FEDERAL CREDIT UNION,   P. O. Box 2945,   Phoenix AZ 85062-2945
7580831   +DESERTVIEW DENTAL CARE,   8987 West Olive Avenue,   Suite 120,   Peoria AZ 85345-9126
7580833    FIA CSNA,   4060 Ogleton Stant,   Mail Code DES-019,   Newark DE 19713
7580834    G. E. CARE CREDIT,   POB 960061,   Orlando FL 32896-0061
7580836    HOME DEPOT CREDIT CARD SERVICES,   P. O. Box 6028,   The Lakes NV 88901-6028
7580837   +HOMETEAM PEST DEFENSE PHOENIX WEST,   2501 West Behrend Drive,   Suite 15,
            Phoenix AZ 85027-4147
7580839    INSIGHT HEALTH CORP.,   File 57174,   Los Angeles CA 90074-7174
7580840   +JACK J. HAWKS, D.O.,   9191 West Thunderbird Road, #D-105,   Peoria AZ 85381-4270
7580841    KOHLS/CHASE,   N56 W 1700 Ridgewood Drive,   Menomonee Falls WI 53051
7580842    LABORATORY CORP OF AMERICA HOLDINGS,   P. O. Box 2240,   Burlington NC 27216-2240
7580843   +NORTH VALLEY SURGICAL ASSOCIATES, P.C.,   3815 East Bell Road,   Suite 2200,
            Phoenix AZ 85032-2139
7580844   +PHOENIX DIAGNOSTIC IMAGING,   P. O. Box 52527,   Phoenix AZ 85072-2527
7580845    PHYSICIANS PHYSICAL THERAPY SERVICE,   P. O. Box 32490,   Phoenix AZ 85064-2490
7580846   +SIMONMED IMAGING,   9414 North 25th Avenue,   Suite 120,   Phoenix AZ 85021-2713
7580847    SONORA QUEST LABORATORIES,   P. O. Box 78162,   Phoenix AZ 85062-8162
7580848   +SPINE INSTITUTE OF ARIZONA,   9735 North 90th Place,   Scottsdale AZ 85258-5067
7580849    SRP,   P.O. Box 2950,   Phoenix AZ 85062-2950
7580850   +STEVEN C. BOLES, D.O.,   9191 West Thunderbird Road,   Suite D-105,   Peoria AZ 85381-4270
7580851   +THD/CBSD,   P. O. Box 6497,   Sioux Falls SD 57117-6497
7580852    THE HOME DEPOT/CBSD,   P. O. Box 6497,   Sioux Falls SD 57117-6497
7580853   +TRUSTAR/GEMB,   P. O. Box 981439,   El Paso TX 79998-1439
7580854   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
            (address filed with court: US BANK,   P.O. Box 5227,   Cincinnati OH 45201)
7580855   +WASHINGTON MUTUAL,   P. O. Box 100576,   Florence SC 29502-0576
7580856   +WELLS FARGO BANK,   P. O. Box 348750,   Sacramento CA 95834-8750
```

The following entities were served by electronic transmission on Mar 12, 2009.
```
tr         EDI: BDDULRICH.COM Mar 12 2009 20:28:00    DALE D. ULRICH,   PMB-615 1928 E. HIGHLAND, #F104,
            PHOENIX, AZ 85016-4626
smg       +EDI: AZDEPREV.COM Mar 12 2009 20:28:00    AZ DEPARTMENT OF REVENUE,   BANKRUPTCY & LITIGATION,
            1600 W. MONROE, 7TH FL.,   PHOENIX, AZ 85007-2612
7580815    EDI: RMCB.COM Mar 12 2009 20:28:00    AMCA,   P. O. Box 1235,   Elmsford NY 10523-0935
7580816    EDI: RMCB.COM Mar 12 2009 20:28:00    AMCA COLLECTION AGENCY,   P. O. Box 1235,
            Elmsford NY 10523-0935
7580817   +EDI: AMEREXPR.COM Mar 12 2009 20:28:00    AMERICAN EXPRESS,   P. O. Box 981535,
            El Paso TX 79998-1535
7580821   +EDI: BANKAMER.COM Mar 12 2009 20:28:00    BANK OF AMERICA,   4060 Ogletown Stan,
            Newark DE 19713
7580822   +EDI: HFC.COM Mar 12 2009 20:28:00    BEST BUY,   P. O. Box 60148,
            City Of Industry CA 91716-0148
7580826   +EDI: CHASE.COM Mar 12 2009 20:28:00    CHASE/BANK ONE CARD SERVICE,   800 Brooksedge Blv.,
            Westerville OH 43081-2822
7580829    EDI: RCSDELL.COM Mar 12 2009 20:28:00    DELL FINANCIAL SERVICES,   PAYMENT PROCESSING,
            P.O. BOX 6403,   Carol Stream IL 60197-6403
7580832    EDI: DISCOVER.COM Mar 12 2009 20:28:00    DISCOVER CARD SERVICES,   P. O. Box 15316,
            Wilmington DE 19850
7580835   +EDI: RMSC.COM Mar 12 2009 20:28:00    GE CARE CREDIT,   P. O. Box 960061,
            Orlando FL 32896-0061
7580838   +EDI: HFC.COM Mar 12 2009 20:28:00    HSBC/BEST BUY,   P. O. Box 15524,
            Wilmington DE 19850-5524
7610181    EDI: RECOVERYCORP.COM Mar 12 2009 20:28:00    Recovery Management Systems Corporation,
            25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
7580854    EDI: USBANKARS.COM Mar 12 2009 20:28:00    US BANK,   P.O. Box 5227,   Cincinnati OH 45201
7580856   +EDI: WFFC.COM Mar 12 2009 20:28:00    WELLS FARGO BANK,   P. O. Box 348750,
            Sacramento CA 95834-8750
```
                                                                                        TOTAL: 15

          ***** BYPASSED RECIPIENTS *****

NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
          ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 14, 2009**          **Signature:**